Maria De Jesus Estrada PEDROZA,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 12–74114.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2014.*

Nov. 26, 2014.

Maria De Jesus Estrada Pedroza, pro
se.

Gregory Darrell Mack, Esquire, Senior
Litigation Counsel, Oil, U.S. Department
of Justice, Washington, DC, Chief Counsel
Ice, Office of the Chief Counsel Department
of Homeland Security, San Francisco,
CA, for Respondent.

Before: LEAVY, FISHER, and N.R.
SMITH, Circuit Judges.

MEMORANDUM **

Maria de Jesus Estrada Pedroza, a native
and citizen of Mexico, petitions pro se
for review of the Board of Immigration
Appeals' ("BIA") order denying her motion
to reopen removal proceedings held in absentia.
Our jurisdiction is governed by 8
U.S.C. § 1252. We review for abuse of
discretion the denial of a motion to reopen.
*Avagyan v. Holder,* 646 F.3d 672, 674 (9th
Cir.2011). We deny in part and dismiss in
part the petition for review.

The agency did not abuse its discretion
in denying Estrada Pedroza's motion to
reopen as untimely where it was filed more
than 11 years after her removal order
became final, *see* 8 C.F.R.
§ 1003.23(b)(4)(ii), and Estrada Pedroza
failed to demonstrate the due diligence
required for equitable tolling of the filing
deadline, *see Avagyan,* 646 F.3d at 679
(equitable tolling is available to a petitioner
who is prevented from filing because of
deception, fraud or error, and exercised
due diligence in discovering such circumstances).

In her opening brief, Estrada Pedroza
fails to raise, and therefore has waived,
any challenge to the BIA's determination
that she failed to establish a lack of notice
of her hearing. *See Rizk v. Holder,* 629
F.3d 1083, 1091 n. 3 (9th Cir.2011) (issues
not raised in a petitioner's opening brief
are deemed waived).

We lack jurisdiction to consider Estrada
Pedroza's contention that her case warrants
a favorable exercise of prosecutorial
discretion. *See Vilchiz–Soto v. Holder,*
688 F.3d 642, 644 (9th Cir.2012) (order).

In light of this disposition, we do not
reach Estrada Pedroza's remaining contentions.

**PETITION FOR REVIEW DENIED
in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication
and is not precedent except as provided
by 9th Cir. R. 36–3.